IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ERIC ARMENTA, )
)
        Petitioner, )
)
v. ) Case No. CIV-10-457-R
)
H. A. LEDEZMA, )
)
        Respondent. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach, recommending dismissal of Petitioner's habeas corpus petition for failure to pay the filing fee and seek pauper status. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the petition for a writ of habeas corpus herein is DISMISSED.

IT IS SO ORDERED this 22nd day of June, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE